UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TOM VILSACK, Secretary of the United States Department of Agriculture,<br><br>    Defendant. | Civil Action No. 1:12-cv-1582 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order, dated November 6, 2015, the parties, through undersigned counsel, have conferred and hereby jointly submit the following report:

The parties are in active ongoing settlement discussions that could affect the scope of, or render unnecessary, further proceedings in this matter. Accordingly, the parties would respectfully request additional time to continue their discussions. The parties propose that the Court order that a joint status report be filed on or before January 11, 2016, informing the Court of the progress of their discussions and proposing a further schedule, if necessary.

Furthermore, on December 9, 2015, the National Pork Producers Council filed a motion to intervene in this matter. ECF No. 25. The parties are still evaluating their respective positions on that motion. By operation of Local Rule 7(b), the deadline for either party to file a memorandum in opposition to the motion to intervene is December 23, 2015.

December 11, 2015

*/s/ Matthew E. Penzer*
MATTHEW E. PENZER
Humane Society of the United States
2100 L Street, N.W.

Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

Washington, D.C. 20037
(240) 271-6144
mpenzer@humanesociety.org

*Counsel for Plaintiffs*

ERIC WOMACK
Assistant Director

 /s/ *Matthew J.B. Lawrence*
MATTHEW J.B. LAWRENCE
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Tel: (202) 616-8105
Fax: (202) 616-8470
Email: matthew.lawrence@usdoj.gov

Mailing Address:
P.O. Box 883 Ben Franklin Station
Washington, DC 20044

Courier Address:
20 Massachusetts Ave., NW, Room 7145
Washington, DC 20001

*Attorneys for Defendant*