UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>TOM VILSACK, Secretary of the United States Department of Agriculture,<br><br>　　Defendant. | Civil Action No. 1:12-cv-1582 (ABJ) |

**DEFENDANT'S RESPONSE TO MOTION TO INTERVENE**

On December 9, 2015, the National Pork Producers Council (Council) moved "to intervene as a defendant in this action." Mot. to Intervene at 1, ECF No. 25. Defendant does not oppose the Council's motion to intervene. Nor does defendant oppose the Council's request that the Court rule upon the Council's motion to intervene before ruling upon the parties' joint motion to stay proceedings pending defendant's now-ongoing review of the Pork Board's contract for the purchase of "The Other White Meat" trademark, ECF Nos. 29, 31. *See* Council's Notice of Objection, ECF No. 30.

Defendant notes, however, that until the motion to intervene is decided, the Council is not a party to this action.[1] *See* Local Rule 7(j) (intervenor's pleading "shall be deemed to have been filed and served by mail on the date on which the order granting the motion is entered"). Should the Court decide to grant the Council's motion for intervention before ruling on the joint motion

---

[1] Because the Council was not yet a party to this action, counsel for defendant did not believe that consultation was required on the parties' joint motion to stay. *Compare* Civil Local Rules 7(m); 7(j). Defendant did not intend to keep its review "secret," as the Council alleges without basis. Indeed, defendant's filing was made on the public docket, ECF No. 29, and it has now informed the Council of its willingness to consider materials submitted by the Council as part of its review, *see infra*.

1

to stay and to afford the Council the opportunity to file a formal opposition to the joint motion to stay, or to treat the Council's "Notice of Objection" as such an opposition, defendant is prepared to file a Reply to such opposition addressing the substance of the Council's filing.  In any event, defendant notes that, on December 30, 2015, it informed the Council that it will consider in its review such materials relevant to that review as the Council may submit by February 15, 2016.

Dec. 31, 2015,                                          Respectfully submitted,


                                          BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney
                                          General

                                          ERIC WOMACK
                                          Assistant Director

                                          /s/ *Matthew J.B. Lawrence*
                                          MATTHEW J.B. LAWRENCE
                                          Trial Attorney
                                          U.S. Department of Justice, Civil Division
                                          Federal Programs Branch
                                          Tel: (202) 616-8105
                                          Fax: (202) 616-8470
                                          Email: matthew.lawrence@usdoj.gov

                                          <u>Mailing Address:</u>
                                          P.O. Box 883 Ben Franklin Station
                                          Washington, DC 20044

                                          <u>Courier Address:</u>
                                          20 Massachusetts Ave., NW, Room 7145
                                          Washington, DC 20001

                                          *Attorneys for Defendant*