UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>TOM VILSACK, Secretary of the United States Department of Agriculture,<br><br>    Defendant. | Civil Action No. 1:12-cv-1582 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated January 6, 2016, the parties, through undersigned counsel, jointly submit the following report:

Defendant is reviewing, consistent with its independent judgment and authority, the Pork Board's contract for the purchase of "The Other White Meat" trademarks ("TOWM"), and has stipulated that it will complete its review by May 2, 2016.  *See* Joint Stipulation at 1, ECF No. 29.  The parties will best be positioned to assess the need for or nature of any future proceedings in this litigation after Defendant has completed its review of TOWM.  Accordingly, the parties propose that the Court order that a joint status report be filed on or before May 4, 2016, proposing, if necessary, a schedule for further proceedings.

March 31, 2016                                    Respectfully Submitted,

*/s/ Matthew E. Penzer*                           BENJAMIN C. MIZER
MATTHEW E. PENZER                                 Principal Deputy Assistant Attorney
Humane Society of the United States               General
2100 L Street, N.W.
Washington, D.C. 20037                            ERIC WOMACK
(240) 271-6144                                    Assistant Director

mpenzer@humanesociety.org

*Counsel for Plaintiffs*

/s/ *Matthew J.B. Lawrence*
MATTHEW J.B. LAWRENCE
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Tel: (202) 616-8105
Fax: (202) 616-8470
Email: matthew.lawrence@usdoj.gov

Mailing Address:
P.O. Box 883 Ben Franklin Station
Washington, DC 20044

Courier Address:
20 Massachusetts Ave., NW, Room 7145
Washington, DC 20001

*Attorneys for Defendant*