## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-1582 (ABJ) |
| SONNY PERDUE, *Secretary of the U.S. Department of Agriculture*, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## AMENDED ORDER

Pursuant to Federal Rule of Civil Procedure 56 and 58 and for the reasons stated in the accompanying Memorandum Opinion, it is ORDERED that plaintiffs' motion for summary judgment [Dkt. # 52] is GRANTED IN PART and DENIED IN PART. Plaintiffs' motion for summary judgment on Counts I, II, and III are DENIED, and their motion for summary judgment on what has been deemed to be Count IV is GRANTED.

It is FURTHER ORDERED that defendant's motion to dismiss for lack of subject matter jurisdiction or in the alternative for summary judgment [Dkt. # 54] and intervenor-defendant's motion to dismiss or in the alternative for summary judgment [Dkt. # 55] are GRANTED IN PART

and DENIED IN PART.  Defendants' motions to dismiss Counts I, II, and III are GRANTED, and their motion for summary judgment on what has been deemed to be Count IV is DENIED.

It is FURTHER ORDERED that defendant is ENJOINED from approving, authorizing, or making any future payments for the trademarks at issue in this case based on defendant's 2016 Review decision.

This is a final appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE:  April 16, 2018