UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SONNY PERDUE, Secretary of the United States Department of Agriculture,<br><br>Defendant,<br><br>and<br><br>NATIONAL PORK PRODUCERS COUNCIL,<br><br>    Intervenor-Defendant. | Civil Action No. 1:12-cv-1582 (ABJ) |

**NOTICE**

Pursuant to the Court's amended order granting in part and denying in part Defendant's motion to dismiss for lack of subject matter jurisdiction or in the alternative for summary judgment, Defendant may not "approv[e], authoriz[e], or mak[e] any future payments for the trademarks at issue in this case based on defendant's 2016 Review decision." ECF No. 76. The Board therefore will not make the 2018 payment for the Pork trademarks that was approved by USDA in December 2017 pursuant to the 2016 Review decision. In light of the Court's amended order, Defendant intends to terminate the contract between the Board and the NPPC.

As this Court acknowledged in its Memorandum Opinion, to terminate the contract "[t]he Board would be obligated to make a one final payment." ECF No. 70 at 11. Specifically, the contract provides that if the Board elects to terminate the contract, it must "give[] the Seller written

notice of its election to terminate," and it "shall be obligated to pay Seller on the next July 1 following the written notice of termination an amount equal to $3,000,000." AR 823 (Asset Purchase Agreement § 1.7(a)-(b)). Accordingly, the Board must provide written notice and make the termination payment by July 1, 2018. Because the termination payment is required by the contract, independent of the legal claims at issue in this case, the Board would likely be in breach of the contract if it fails to make the payment by July 1, 2018.

Given this contractual obligation, and the June 15, 2018 deadline to appeal this Court's amended order, the Board intends to provide written notice of termination and make the required termination payment by June 15, 2018.

Dated: May 17, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

/s/ Kari E. D'Ottavio

KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018 a true and correct copy of the foregoing was filed electronically via the Court's ECF system, which sent notification of such filing to counsel of record for all parties.

/s/ Kari E. D'Ottavio
Kari E. D'Ottavio
